AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| JOSHUA POWERS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 13-CV-1071C |
| AMERICAN CREDIT RESOLUTION, INC. | ) | |
| *Defendant* | ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 0 2 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

1:14-MI 0069

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 04/21/2014.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: MAY 8 - 2014

*CLERK OF COURT*

Kim Bolden

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

JOSHUA POWERS

**DEFAULT**
**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 13-CV-1071C

v.

AMERICAN CREDIT RESOLUTION, INC.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff's motion for default judgment is Granted; that Plaintiff is awarded $500.00 for Defendant's violations of the FDCPA, $1,000.00 for violations of the TCPA, $2,135.00 in attorney's fees and $465.00 in costs.

Date: April 21, 2014            MICHAEL J. ROEMER, CLERK

                                By: s/Suzanne Grunzweig
                                    Deputy Clerk