IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA POWERS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO.: |
|   | ) 1:14-MI-00069 |
| AMERICAN CREDIT RESOLUTION, INC., | ) |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT

On July 2, 2014, a judgment for Joshua Powers and against American Credit Resolution, Inc. in the amount of $4,100, entered in the United States District Court for the Western District of New York, was registered in this Court. By wire transfers, defendant American Credit Resolution, Inc. has paid to plaintiff Joshua Powers the amount ordered by the United States District Court for the Western District of New York and has fully satisfied this judgment.

Dated this 16th day of September, 2014.

1

                                      Respectfully submitted,

                                      <u>/s/ Ryan C. Locke</u>

Locke Law Firm                    Georgia Bar No. 658340
101 Marietta Street, NW      Attorney for the Plaintiff
Suite 3325
Atlanta, Georgia 30303
Telephone 404-909-7795
Fax 1-404-591-8919
Ryan@LockeDefense.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2014, a true and correct copy of the foregoing SATISFACTION OF JUDGMENT was served to Defendant by Electronic Mail addressed to the following:

Zack Mancuso
Owner, American Credit Resolution, Inc.
info@americancreditresolution.net

                                      Respectfully submitted,

                                      <u>/s/ Ryan C. Locke</u>

Locke Law Firm                    Georgia Bar No. 658340
101 Marietta Street, NW      Attorney for the Plaintiff
Suite 3325
Atlanta, Georgia 30303
Telephone 404-909-7795
Fax 1-404-591-8919
Ryan@LockeDefense.com